# akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/25

Ildefonso P. Mas

Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131

D: 202 824 1736
Ildefonso.mas@akerman.com

*[handwritten: 12/12/2025 Joint submit your stipulation and I will sign it. No need for further briefing here.]*

December 12, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *4C Foods Canada ULC v. Livingston International, Inc.*
       **Case No. 1:25-cv-09069-CM**

Dear Judge McMahon:

Plaintiff 4C Foods Canada ULC ("Plaintiff") and Defendant Livingston International, Inc. ("Defendant," and together with Plaintiff, the "Parties") write to jointly and respectfully request that Defendant's Motion to Dismiss (ECF Nos. 5-8) (the "Motion"), along with all other deadlines in this case, be stayed pending resolution of the Parties' forthcoming stipulation and joint motion to remand pursuant to 28 U.S.C. § 1447(c). Plaintiff's response to the Motion is currently due December 12, 2025. ECF No. 14. The Parties also have a deadline to submit a joint case management order on or before January 6, 2026, so that the Court need not hold an in-person initial conference, which is currently scheduled for January 8, 2026. ECF No. 4. With Defendant's consent, Plaintiff previously requested an adjournment regarding the Motion arising out of the Parties' investigation of potential jurisdictional defects (ECF No. 13), which the Court granted (ECF No. 14). This motion is filed just before the deadline because the Parties have just recently agreed that the case should be remanded to state Court.

Plaintiff originally filed this action in New York Supreme Court, New York County (Index No. 162889/2025) on October 1, 2025. ECF No. 1. On October 31, 2025, Defendant filed its notice of removal based on 28 U.S.C. §§ 1332 and 1441. ECF No. 1. After subsequent investigation and conferring regarding questions related to the citizenship of the Parties, the Parties have come to an agreement and forthcoming stipulation to remand. The Parties intend to file a joint motion to remand this case to New York Supreme Court, New York County, by December 17, 2025, pursuant to 28 U.S.C. § 1447(c).

1

The Parties respectfully submit that judicial economy and the interests of the Parties favor resolving the remand issue before the Court expends further resources on the Motion, scheduling conferences, and all other scheduled events in this case. Staying the Motion and all deadlines in this case pending determination of the joint motion to remand will avoid potentially unnecessary merits briefing, motion practice and other matters in a case that the Parties agree should be remanded. A short stay will not prejudice any party, and the Parties agree that all existing briefing deadlines on the Motion and all deadlines in this case should be held in abeyance pending the Court's decision regarding remand.

Respectfully submitted,


*/s/ Ildefonso P. Mas*
Ildefonso P. Mas
Angad Singh Bhai
**Akerman LLP**
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Ildefonso.mas@akerman.com
Angad.bhai@akerman.com

*Attorneys for Plaintiff 4C Foods Canada ULC*

*/s/ Emily J. Mathieu*
Emily J. Mathieu
Victor Cedeño
**Thompson Hine LLP**
300 Madison Avenue, 27th Floor
New York, New York 10017
(212) 908-3975
Emily.Mathieu@thompsonhine.com

*Attorneys for Defendant Livingston International, Inc.*